AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☑ INDICTMENT ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

**OFFENSE CHARGED**

VIOLATION: 8 U.S.C. §§ 1326(a) and (b) -- Deported Alien Found in the United States

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

PENALTY:
Imprisonment: 20 years; Fine: $250,000; Supervised release: 3 years; Special assessment: $100

**DEFENDANT - U.S.**

▶ VICTOR GUSTAVO ROMERO-ABRAJAN,

DISTRICT COURT NUMBER

CR07-0707

E-filing

FILED
NOV - 8 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

DLJ

**PROCEEDING**

Name of Complaintant Agency, or Person (&Title, if any)
Immigration & Customs Enforcement

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. Att'y ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

SHOW DOCKET NO.

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM   **SCOTT N. SCHOOLS**
☑ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)   DAN KALEB, AUSA

**DEFENDANT**

**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☑ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges   } ☑ Fed'l ☐ State

If answer to (6) is "Yes", show name of institution
Yuba County Jail

Has detainer been filed? ☐ Yes ☐ No   } If "Yes" give date filed

DATE OF ARREST ▶ Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS ☐ NO PROCESS* ☑ WARRANT   Bail Amount: NO BAIL

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:

Before Judge:

Comments:

# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**
**CRIMINAL DIVISION**
VENUE: **OAKLAND**

---

UNITED STATES OF AMERICA,

V.

VICTOR GUSTAVO ROMERO-ABRAJAN,
(a/k/a Victor Abrajan Romero, a/k/a Gustavo Vargas Romero)

**CR07-0707**

DEFENDANT.

E-filing

---

## INDICTMENT

VIOLATION: 8 U.S.C. §§ 1326(a) and (b) -- Deported Alien Found in the United States

---

A true bill.

_____
Foreman

Filed in open court this ___8th___ day of
_____November 2007_____

_____
Clerk

Bail $ No bail arrest warrant
11-8-07

SCOTT N. SCHOOLS (SC 9990)
United States Attorney

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>　　　　　Plaintiff, )<br>　　　　　　　　　　　)<br>　　v.　　　　　　　　　　)<br>　　　　　　　　　　　　　　)<br>VICTOR GUSTAVO ROMERO-　　)<br>ABRAJAN, (a/k/a Victor Abrajan )<br>Romero, a/k/a Gustavo Vargas Romero) )<br>　　　　　　　　　　　　　　)<br>　　　　　Defendant. )<br>_____ ) | Criminal No. CR07-0707<br><br>VIOLATION: 8 U.S.C. §§ 1326(a) and (b) --<br>Deported Alien Found in the United States<br><br>OAKLAND VENUE |

INDICTMENT

The Grand Jury charges:

1. Prior to February 9, 2006, the defendant, VICTOR GUSTAVO ROMERO-ABRAJAN, was convicted of at least one felony crime punishable by a term of imprisonment exceeding one year.

2. On or about February 9, 2006, and on or about July 18, 2006, the defendant, VICTOR GUSTAVO ROMERO-ABRAJAN, was removed, excluded, and deported from the United States.

3. After July 18, 2006, the defendant, VICTOR GUSTAVO ROMERO-ABRAJAN,

INDICTMENT

knowingly and voluntarily reentered and remained in the United States.

4. On or about October 24, 2007, in the Northern District of California, the defendant,

VICTOR GUSTAVO ROMERO-ABRAJAN
(a/k/a Victor Abrajan Romero, Gustavo Vargas Romero),

an alien, was found in the United States without having obtained the express consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission into the United States, in violation of Title 8, United States Code, Sections 1326(a) and (b).

//

DATED:     November 8, 2007            A TRUE BILL.

                                       _____
                                       FOREPERSON

SCOTT N. SCHOOLS
United States Attorney

_____
W. DOUGLAS SPRAGUE
Chief, Oakland Branch


(Approved as to form: _____ )
                      AUSA KALEBA

INDICTMENT                              2