| DOCUMENTS UNDER SEAL ☐ | | TOTAL TIME (mins): 10 Mins | | |
|---|---|---|---|---|
| **MAGISTRATE JUDGE MINUTE ORDER** | DEPUTY CLERK<br>Ivy L. Garcia | REPORTER/FTR<br>FTR 11/9/07 10:23:09-10:33:15 | | |
| MAGISTRATE JUDGE<br>HON. WAYNE D. BRAZIL | DATE<br>11/9/07 | NEW CASE ☐ | CASE NUMBER<br>CR-07-00707-DLJ | |

### APPEARANCES

| DEFENDANT<br>VICTOR GUSTAVO ROMERO-ABRAJAN | AGE | CUST<br>Yes | P/NP<br>P | ATTORNEY FOR DEFENDANT<br>Hilary Fox | PD. ☒  RET. ☐<br>APPT. ☐ |
|---|---|---|---|---|---|
| U.S. ATTORNEY<br>Daniel Kaleba | INTERPRETER<br>Haydee Claus (Spanish Int.) | | | FIN. AFFT ☐<br>SUBMITTED | COUNSEL APPT'D ☐ |
| PROBATION OFFICER<br>None | PRETRIAL SERVICES OFFICER<br>Taifa Gaskins | | | DEF ELIGIBLE FOR ☐<br>APPT'D COUNSEL | PARTIAL PAYMENT ☐<br>OF CJA FEES |

### PROCEEDINGS SCHEDULED TO OCCUR

| ☒ INITIAL APPEAR<br>5 Mins HELD | ☐ PRELIM HRG | ☐ MOTION | ☐ JUGM'T & SENTG | ☐ STATUS |
|---|---|---|---|---|
| ☐ I.D. COUNSEL | ☒ ARRAIGNMENT<br>5 Mins HELD | ☐ BOND HEARING | ☐ INITIAL APPEAR<br>REV PROB OR S/R | ☐ OTHER |
| ☐ DETENTION HRG | ☐ ID / REMOV HRG | ☐ CHANGE PLEA | ☐ PROB. REVOC. | ☐ ATTY APPT HEARING |

### INITIAL APPEARANCE

| ☒ ADVISED<br>OF RIGHTS<br>11/9/07 | ☒ ADVISED<br>OF CHARGES<br>11/9/07 | ☐ NAME AS CHARGED<br>IS TRUE NAME | ☐ TRUE NAME: |
|---|---|---|---|

FILED
NOV 9 - 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

### ARRAIGNMENT

| ☐ ARRAIGNED ON<br>INFORMATION | ☒ ARRAIGNED ON<br>INDICTMENT | ☐ READING WAIVED<br>SUBSTANCE | ☐ WAIVER OF INDICTMENT FILED |
|---|---|---|---|

### RELEASE

| ☐ RELEASED<br>ON O/R | ☐ ISSUED<br>APPEARANCE BOND | AMT OF SECURITY<br>$ | SPECIAL NOTES | ☐ PASSPORT<br>SURRENDERED<br>DATE: |
|---|---|---|---|---|

| PROPERTY TO BE POSTED<br>☐ CASH  $ | CORPORATE SECURITY ☐ | REAL PROPERTY: ☐ |
|---|---|---|

| ☒ MOTION<br>FOR<br>DETENTION | ☐ PRETRIAL<br>SERVICES<br>REPORT | ☐ DETAINED | ☐ RELEASED | ☐ DETENTION HEARING<br>AND FORMAL FINDINGS<br>WAIVED | ☒ REMANDED<br>TO CUSTODY |
|---|---|---|---|---|---|

ORDER REMOVED TO THE DISTRICT OF

### PLEA

| ☐ CONSENT<br>ENTERED | ☒ NOT GUILTY | ☐ GUILTY | GUILTY TO COUNTS: ☐ |
|---|---|---|---|
| ☐ PRESENTENCE<br>REPORT ORDERED | ☐ CHANGE OF PLEA | ☐ PLEA AGREEMENT<br>FILED | OTHER: |

### CONTINUANCE

| TO:<br>11/16/07 | ☒ ATTY APPT<br>HEARING | ☐ BOND<br>HEARING | ☐ STATUS RE:<br>CONSENT | ☐ STATUS /<br>TRIAL SET |
|---|---|---|---|---|
| AT:<br>10:00 a.m. | ☒ SUBMIT FINAN.<br>AFFIDAVIT | ☐ PRELIMINARY<br>HEARING OR<br>ARRAIGN-<br>MENT | ☐ CHANGE OF<br>PLEA | ☐ OTHER |
| BEFORE HON.<br>WAYNE D. BRAZIL | ☒ DETENTION<br>HEARING | | ☐ MOTIONS | ☐ JUDGMENT &<br>SENTENCING |
| ☐ TIME WAIVED | ☒ TIME EXCLUDABLE<br>UNDER 18 § USC<br>3161 BET NOW<br>& UNTIL 11/16/07 FOR<br>EFFECTIVE PREP. OF ATTY | ☐ IDENTITY /<br>REMOVAL<br>HEARING | ☐ PRETRIAL<br>CONFERENCE | ☐ PROB/SUP REV.<br>HEARING |

### ADDITIONAL PROCEEDINGS

The deft. was given a financial affidavit form by the Clerk. The govt's atty. provided the Court with a copy of the detainer that has been lodged on the deft. by ICE (Immigration & Customs Enforcement). Request for discovery was made by the deft's atty. to the govt's atty. The govt's atty. has agreed to provide the deft's atty. with the discovery shortly.

cc: WDB's Stats, Pretrial                                  DOCUMENT NUMBER:

U.S. Department of Homeland Security
San Francisco District Office
630 Sansome Street.
San Francisco, CA 94111

**RECEIVED**

**Immigration Detainer - Notice of Action**

NOV 9 - 2007

WAYNE D. BRAZIL
U.S. MAGISTRATE JUDGE
NORTHERN DISTRICT OF CALIFORNIA

File No.
A98 263 446
NOVEMBER 9, 2007

To: (Name and title of institution)
U.S. Marshals Service
Oakland, CA.
Or any subsequent law enforcement agency

To Follow On All Transfers

From: (INS office address)
U.S. Immigration and Customs Enforcement
Detention and Removals
630 Sansome Street
San Francisco, CA 94111 (415) 844-5646

Name of alien: **ROMERO-ABRAJAN, VICTOR GUSTAVO**

CII: A23398012    FBI: 866973VB1

Date of birth: 5/7/1975    Nationality: MEXICO    Sex: Male

**You are advised that the action noted below has been taken by the U.S. Immigration and Customs Enforcement concerning the above-named inmate of your institution:**

☐ Investigation has been initiated to determine whether this person is subject to removal from the United States.

☐ A Notice to Appear or other charging document initiating removal proceedings, a copy of which is attached, was served on _____ (Date)

☐ A warrant of arrest in removal proceedings, a copy of which is attached, was served on _____ (Date)

☒ Deportation or removal from the United States has been ordered.

**It is requested that you:**

Please accept this notice as a detainer. This is for notification purposes only and does not limit your discretion in any decision affecting the offender's classification, work and quarters assignments, or other treatment which he or she would otherwise receive.

☐ Federal regulations (8 CFR 287.7) require that you detain the alien for a period not to exceed 48 hours (excluding Saturdays, Sundays and Federal holidays) to provide adequate time for INS to assume custody of the alien. You may notify INS by calling _____ during business hours or _____ after hours in an emergency.

☒ **Please complete and sign the bottom block of the duplicate of this form and return it to this office.**

**Please return a signed copy via facsimile to**   (415)   844-5591
(Area code and facsimile number)

☒ Notify the nearest DHS/ICE office of the time of release at least 30 days prior to release or as far in advance as possible.
☒ Notify this office in the event of the inmate's death or transfer to another institution.
☐ Please cancel the detainer previously placed by this Service on _____.

Cesar López #3153
(Signature of ICE official)

Deportation Officer
(Title of ICE official)

**************************************RECEIPT ACKNOWLEDGED**************************************

Date of latest conviction: _____    Latest conviction charge: _____

Estimated release date: _____

SIGNATURE AND TITLE OF OFFICIAL: _____

Form I-247 (Rev. 4-1-97)N