UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
Criminal Pretrial Minute Order
JUDGE D. LOWELL JENSEN
Date: 12/7/07

**Clerk:** Frances Stone
**Court Reporter:** RAYNEE MERCADO

**Plaintiff:** United States

v.                                                      **No.** CR-07-00707-DLJ

**Defendant:** Victor Gustavo Romero-Abrajan[in custody; spanish interpreter]

**Appearances for AUSA:** Daniel Kaleba

**Appearances for Defendant:** John Paul Reichmuth

**Interpreter:** Ines Swaney

**Probation Officer:**
**Reason for Hearing:**                **Ruling:**

Setting/Stat                          -HELD

**Notes:**

**Case Continued to:** 12/21/07 AT 9:00AM      for Stat or Change of Plea

**Case Continued to:**       for
**Case Continued to:**       for
**Motions to be filed by:**    Opposition Due:

**Case Continued to**                for Pretrial Conference

**Case Continued to**        for            Trial

**Excludable Delay: Category: Begins:** 12/7/07    **Ends:** 12/21/07