UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
<u>Criminal Pretrial Minute Order</u>
**JUDGE D. LOWELL JENSEN**
Date:  12/21/07

**Clerk:** Frances Stone
**Court Reporter:** DIANE SKILLMAN

**Plaintiff:**  United States

**v.**                                                          **No.** CR-07-00707-DLJ

**Defendant:**  Victor Gustavo Romero-Abrajan [present; in custody; spanish interpreter]

**Appearances for AUSA:** James Mann (for Daniel Kaleba)

**Appearances for Defendant:** John Paul Reichmuth

**Interpreter:**  <u>Monique Inciarte</u>

**Probation Officer:**

**Reason for Hearing:**              **Ruling:**
**Status**                            -HELD
Change of Plea  - Not Held

**Notes:**

**Case Continued to  1/18/08 at 9:00AM for Status or Change of Plea**

**Case Continued to:**         for
**Case Continued to:**         for
**Motions to be filed by:**      **Opposition Due:**

**Case Continued to**                        for Pretrial Conference

**Case Continued to**          for            Trial

**Excludable Delay: Category: Begins:**    12/21/07  **Ends:** 1/18/08