1   BARRY J. PORTMAN
    Federal Public Defender
2   JOHN PAUL REICHMUTH
    Assistant Federal Public Defender
3   555 - 12th Street
    Suite 650
4   Oakland, CA 94607-3627
    Telephone:  (510) 637-3500
5
    Counsel for Defendant ROMERO-ABRAJAN
6

7

8                  IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          )        No. CR-07-00707-DLJ
                                       )
12               Plaintiff,            )        **STIPULATION AND [PROPOSED]
                                       )        ORDER CONTINUING STATUS
13  vs.                                )        HEARING**
                                       )
14  VICTOR GUSTAVO ROMERO-ABRAJAN,)            Hearing Date: January 18, 2008
                                       )        Requested Date: February 8, 2008
15               Defendant.            )
    _____)
16

17       IT IS HEREBY STIPULATED, by and between the parties to this action, that the

18  MOTIONS OR SETTING HEARING date of January 18, 2008 presently scheduled at 9:00

19  a.m., before the Honorable D. Lowell Jensen, be vacated and re-set for February 8, 2008 at

20  9:00 a.m. for STATUS/CHANGE OF PLEA.

21       The reason for this request is that additional time is needed by the defense to review

22  discovery and discuss options with the defendant.

23       The parties agree and stipulate that the time until February 8, 2008 should be excluded,

24  under18 U.S.C. §3161(H)(8)(A) and (B) because the ends of justice served by the granting of

25  the continuance outweigh the bests interests of the public and the defendant in a speedy and

26  public trial. The continuance is necessary to accommodate counsel's preparation efforts.

1

1

_____          /s/
Date    1/16/08                  John Paul Reichmuth
2                                Assistant Federal Public Defender
                                 Counsel for defendant ROMERO-ABRAJAN
3

4

5                                     /s/
Date    1/16/08                  Daniel R. Kaleba
6                                Assistant United States Attorney

7

        I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/)
8  within this efiled document.               /S/ John Paul Reichmuth
                                       Counsel for Defendant Romero-Abrajan
9

10

11

12                                    ORDER

13          The court finds that the ends of justice served by the granting of the continuance

14  outweigh the bests interests of the public and the defendant in a speedy and public trial. The

15  continuance is necessary to accommodate counsel's preparation efforts.  Based on these

16  findings, IT IS HEREBY ORDERED THAT the above-captioned matter is continued to February

17  8, 2008 at 2:30 p.m., and that time is excluded from January 18, 2008 until February 8, 2008

18  pursuant to 18 U.S.C. §§3161(h)(8)(A) and (B)(iv).

19          IT IS SO ORDERED.

20

21

22
    _____          _____
    Date                             HON. D. LOWELL JENSEN
23                                   UNITED STATES DISTRICT JUDGE

24

25

26

                                        2