1  BARRY J. PORTMAN
   Federal Public Defender
2  JOHN PAUL REICHMUTH
   Assistant Federal Public Defender
3  555 - 12th Street
   Suite 650
4  Oakland, CA 94607-3627
   Telephone: (510) 637-3500
5
   Counsel for Defendant ROMERO-ABRAJAN
6

7

8              IN THE UNITED STATES DISTRICT COURT

9           FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,        )   No. CR-07-00707-DLJ
                                    )
12          Plaintiff,               )   **STIPULATION AND ORDER**
                                    )   **CONTINUING STATUS HEARING**
13 vs.                              )
                                    )   Hearing Date: January 18, 2008
14 VICTOR GUSTAVO ROMERO-ABRAJAN,)   Requested Date: February 8, 2008
                                    )
15          Defendant.               )
   _____ )
16

17      IT IS HEREBY STIPULATED, by and between the parties to this action, that the

18 MOTIONS OR SETTING HEARING date of January 18, 2008 presently scheduled at 9:00 a.m.,

19 before the Honorable D. Lowell Jensen, be vacated and re-set for February 8, 2008 at 9:00 a.m.

20 for STATUS/CHANGE OF PLEA.

21      The reason for this request is that additional time is needed by the defense to review

22 discovery and discuss options with the defendant.

23      The parties agree and stipulate that the time until February 8, 2008 should be excluded,

24 under18 U.S.C. §3161(H)(8)(A) and (B) because the ends of justice served by the granting of the

25 continuance outweigh the bests interests of the public and the defendant in a speedy and public

26 trial. The continuance is necessary to accommodate counsel's preparation efforts.

1

Date   1/16/08

          /s/
John Paul Reichmuth
Assistant Federal Public Defender
Counsel for defendant ROMERO-ABRAJAN

Date   1/16/08

          /s/
Daniel R. Kaleba
Assistant United States Attorney

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.   /S/ John Paul Reichmuth
Counsel for Defendant Romero-Abrajan

ORDER

The court finds that the ends of justice served by the granting of the continuance outweigh the bests interests of the public and the defendant in a speedy and public trial. The continuance is necessary to accommodate counsel's preparation efforts. Based on these findings, IT IS HEREBY ORDERED THAT the above-captioned matter is continued to February 8, 2008 9:00AM at ~~2:30 p.m.~~, and that time is excluded from January 18, 2008 until February 8, 2008 pursuant to 18 U.S.C. §§3161(h)(8)(A) and (B)(iv).

IT IS SO ORDERED.

January 17, 2008
Date

HON. D. LOWELL JENSEN
UNITED STATES DISTRICT JUDGE

2