1 | BARRY J. PORTMAN
Federal Public Defender
2 | JOHN PAUL REICHMUTH
Assistant Federal Public Defender
3 | 555 12th Street, Suite 650
Oakland, California 94607-3627
4 | Telephone (510) 637-3500

5 | Counsel for Defendant ROMERO-ABRAJAN

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Nos. CR 07-00707 DLJ |
|---|---|
| Plaintiff, | ) NOTICE OF ATTORNEY APPEARANCE |
| vs. | ) |
| VICTOR GUSTAVO ROMERO-ABRAJAN, | ) |
| Defendant. | ) |
| _____ | ) |

   The Federal Public Defender was previously appointed as counsel for defendant in the above-captioned action.  Pursuant to Criminal Local Rule 44-2(a), undersigned counsel, Assistant Federal Public Defender John Paul Reichmuth, enters his general appearance for defendant in this case.  Counsel's contact information is listed above.

Dated: January 24, 2008

                          Respectfully submitted,

                          BARRY J. PORTMAN
                          Federal Public Defender

                          /S/

                          JOHN PAUL REICHMUTH
                          Assistant Federal Public Defender