UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
Criminal Pretrial Minute Order
JUDGE D. LOWELL JENSEN
Date:  2/8/08

**Clerk:** Frances Stone
**Court Reporter:** Diane Skillman

**Plaintiff:**  United States

**v.**                                                                   **No.**  CR-07-00707-DLJ

**Defendant:**    Victor Gustavo Romero-Abrajan[present; in custody; spanish interpreter]

**Appearances for AUSA:**  Daniel Kaleba

**Appearances for Defendant:** John Paul Reichmuth

**Interpreter:** Monique Dascha Inciarte

**Probation Officer:**

**Reason for Hearing:**            **Ruling:**
STATUS                              -HELD

**Notes:**

**Case Continued to**     **for**

**Case Continued to:**  2/22/08 AT 9:00AM      for STATUS
**Case Continued to:**          for
**Motions to be filed by:**       **Opposition Due:**

**Case Continued to**                         for Pretrial Conference

**Case Continued to**          for            Trial

**Excludable Delay: Category: Begins:**  2/8/08     **Ends:** 2/22/08