**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
<u>Criminal Pretrial Minute Order</u>
**JUDGE D. LOWELL JENSEN**
**Date: 2/22/08**

**Clerk:** Frances Stone
**Court Reporter:** RAYNEE MERCADO

**Plaintiff:** United States

**v.**                                                                                              **No.** CR-07-00707-DLJ

**Defendant:** Victor Gustavo Romero-Abrajan [present; in custody; spanish interpreter]

**Appearances for AUSA:** Daniel Kaleba

**Appearances for Defendant:** John Paul Reichmuth

**Interpreter:** <u>Haydee Claus- spanish interpreter</u>

**Probation Officer:**

**Reason for Hearing:**              **Ruling:**
Status                                              -HELD

**Notes:**

**Case Continued to** 3/7/08 AT 9:00AM     for Trial Setting or Change of Plea

**Case Continued to:**         for
**Case Continued to:**         for
**Motions to be filed by:**     **Opposition Due:**

**Case Continued to**                    for Pretrial Conference

**Case Continued to**         for              Trial

**Excludable Delay: Category: Begins:** 2/22/08        **Ends:** 3/7/08