UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
Criminal Pretrial Minute Order
JUDGE D. LOWELL JENSEN
Date:  3/7/08

**Clerk:** Frances Stone
**Court Reporter:** RAYNEE MERCADO              [ 10:03am - 10:12am]

**Plaintiff:** United States

v.                                                                  **No.** CR-07-00707-DLJ

**Defendant:** Victor Gustavo Romero-Abrajan [present; in custody; spanish interpreter]

**Appearances for AUSA:** Wade Rhyne (for Daniel Kaleba)

**Appearances for Defendant:** John Paul Reichmuth

**Interpreter:** Haydee Claus-spanish interpreter

**Probation Officer:**

**Reason for Hearing:**              **Ruling:**
Trial setting   -NOT HELD
9:00AM  STATUS                -HELD and case to be recalled at 10:00am today

10:00AM:   CHANGE OF PLEA        -HELD

   Guilty Plea to Count One of the Indictment. Plea is with consent of counsel.
   Plea is accepted and entered.

**Notes:**

**Case Continued to**             5/23/08 at 10:00AM    for  SENTENCING

**Case Continued to:**          for

COPY TO PROBATION

**Excludable Delay: Category: Begins:**         **Ends:**