UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA



| | |
|---|---|
| Case Number | CR-07-00707-01-DLJ |
| Defendant's Name | **VICTOR GUSTAVO ROMERO-ABRAJAN** |
| Defendant's Counsel | John Paul Reichmuth |
| Due Date | 5/23/08 AT 10AM |
| | 1   Courtroom    Floor  4th |

~~~~~~~~NOTICE TO DEFENSE COUNSEL~~~~~~~~

**The Court has directed that a:**

|   |   |
|---|---|
| XX | Presentence Investigation |
| _____ | Bail Investigation |
| _____ | Bail Supervision |
| _____ | Postsentence Investigation |
| _____ | 4244 |

be conducted on the above-named defendant. So that the investigation/supervision can be completed promptly, please go to the **Probation Office,**
before leaving the Courthouse today to make the necessary arrangements.

✓ cc to Counsel
✓ cc to Probation

RICHARD W. WIEKING, CLERK

by: _____Frances Stone_____
       Frances Stone, Deputy Clerk

Dated: 3/7/08

**US PROBATION OFFICE**~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
Is defendant in custody?   Yes or No
Is defendant English speaking?   Yes or No  [Interpreter:_____]
Defendant's address: _____
_____
_____