# FEDERAL PUBLIC DEFENDER
NORTHERN DISTRICT OF CALIFORNIA
555 12TH STREET- SUITE 650
OAKLAND CALIFORNIA 94607-3627

**BARRY J. PORTMAN**
*Federal Public Defender*

Telephone (510) 637-3500
Fax (510) 637-3507

May 15, 2008

*By e-filing and hand delivery*

The Honorable D. Lowell Jensen
Senior United States District Judge
Northern District of California
1301 Clay Street, Chambers 490C.
Oakland, CA 94612

      **Re:**    **United States v. Victor Romero-Abrajan,
Case No. CR 07-00707-DLJ**

Dear Judge Jensen:

    On April 14, 2008, the Federal Public Defender reassigned Mr. Romero's case to me because Mr. Romero's prior counsel went out on leave on April 11th. Earlier today Mr. Romero informed me that he is not satisfied with my office's representation of him and plans to ask the Court to appoint a lawyer who is not affiliated with my office. Because he has informed me that he does not want to proceed to sentencing with my office representing him, I respectfully request that the Court consider Mr. Romero's motion for new counsel at the previously-scheduled sentencing date of May 22, 2008 at 10:00 a.m.

                Respectfully submitted,

                BARRY J. PORTMAN
                Federal Public Defender

                  /S/
                ANGELA M. HANSEN
                Assistant Federal Public Defender

cc:    Daniel Kaleba, AUSA
        Jessica Goldsberry, USPO