**FEDERAL PUBLIC DEFENDER**
NORTHERN DISTRICT OF CALIFORNIA
555 12TH STREET- SUITE 650
OAKLAND CALIFORNIA 94607-3627

**BARRY J. PORTMAN**
*Federal Public Defender*

Telephone (510) 637-3500
Fax (510) 637-3507

May 23, 2008

*By e-filing and hand delivery*

The Honorable Wayne D. Brazil
United States Magistrate Judge
Northern District of California
1301 Clay Street, Chambers 310C
Oakland, CA 94612

Re:   United States v. Victor Romero-Abrajan,
      Case No. CR 07-00707-DLJ

Dear Judge Brazil:

Earlier today Judge Jensen granted Mr. Romero's request for the appointment of new counsel. Judge Jensen set a status date for June 6, 2008, at 9:00 a.m. In the meantime, Judge Jensen requested that the parties place this matter on the Court's calendar for identification of new counsel. I spoke with Assistant United States Attorney Daniel Kaleba and both parties are requesting that this matter be calendered on May 29, 2008, at 10:00 a.m. for appointment of new counsel. Mr. Romero will need a Spanish interpreter. Mr. Ruben Deang in my office will arrange to have panel counsel available at that time.

Respectfully submitted,

BARRY J. PORTMAN
Federal Public Defender

ANGELA M. HANSEN
Assistant Federal Public Defender

cc:   Daniel Kaleba
      Ruben Deang