UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
<u>Criminal Pretrial Minute Order</u>
JUDGE D. LOWELL JENSEN
Date:  5/23/08

**Clerk:** Frances Stone
**Court Reporter:** Diane Skillman

**Plaintiff:**  United States

**v.**                                                              **No.**  CR-07-00707-DLJ

**Defendant:** Victor Gustavo Romero-Abrajan [present; in custody; spanish int.]

**Appearances for AUSA:**  Daniel Kaleba

**Appearances for Defendant:** Angela Hansen

**Interpreter:** <u>Haydee Claus- spanish int.</u>

**Probation Officer:**

| **Reason for Hearing:** | **Ruling:** |
|---|---|
| Status re: Counsel | -HELD |

**Notes:**  Def requests new attorney and has a motion to withdraw his guilty plea. Court will allow a new CJA attorney to be appointed. AFPD Hansen to contact Ivy/WDB to set this on WDB's calendar. Court DEFERS motion to withdraw the guilty plea.

**Case Continued to**     6/6/08 at 9:00AM for  Status/Scheduling

**Case Continued to:**         for
**Case Continued to:**         for
**Motions to be filed by:**      **Opposition Due:**
**Case Continued to**                          for Pretrial Conference

**Case Continued to**         for             Trial

**Excludable Delay: Category: Begins:**           **Ends:**