1  ERIK G. BABCOCK, ESQ. (SBN: 172517)
   1212 Broadway, Suite 726
2  Oakland, CA 94612-1828
   (510) 452-8400 Tel.
3  (510) 452-8405 Fax

4  Attorney for Defendant
   VICTOR GUSTAVO ROMERO-ABRAJAN
5

6

7            IN THE UNITED STATES DISTRICT COURT
8
         NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION
9

10
   UNITED STATES OF AMERICA,    )  No. CR 07-00707 DLJ
11                              )
              Plaintiff,        )  **STIPULATION AND PROPOSED ORDER**
12                              )  **CONTINUING STATUS HEARING**
         v.                     )
13                              )
   VICTOR GUSTAVO ROMERO-ABRAJAN,)
14                              )
              Defendants.       )
15  _____ )

16
         The undersigned was just appointed as defense counsel.  This
17
   matter is currently on the court's calendar for status on June 6,
18
   2008.  New counsel needs add additional time in which to meet with
19
   the client and an interpreter to discuss outstanding issues.
20
   Accordingly, IT IS HEREBY STIPULATED between the parties, by and
21
   through their respective counsel, that the status hearing currently
22
23 ///

24 ///

25 ///

26 ///

27 scheduled for June 6, 2008 at 9:00 a.m. may be continued to June
28
   Stipulation and Proposed Order
   United States v. Romero-Abrajan
   CR 07-00707 DLJ

1  20, 2008 at 9:00 a.m.

2  **SO STIPULATED.**

4  DATED: May 29, 2008                    /S/Doug Sprague
5                                          DANIEL KALEBA
                                           Assistant U.S. Attorney

7  DATED: May 29, 2008                    /S/Erik Babcock
                                           ERIK G. BABCOCK
8                                          Counsel for Defendant

11  **IT IS SO ORDERED.**

12  DATED:
13                                         HONORABLE D. LOWELL JENSEN
                                           United States District Judge