1  ERIK G. BABCOCK, ESQ. (SBN: 172517)
   1212 Broadway, Suite 726
2  Oakland, CA 94612-1828
   (510) 452-8400 Tel.
3  (510) 452-8405 Fax

4  Attorney for Defendant
   VICTOR GUSTAVO ROMERO-ABRAJAN
5

6

7
                    IN THE UNITED STATES DISTRICT COURT
8
            NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION
9

10

11 UNITED STATES OF AMERICA,    )   No. CR 07-00707 DLJ
                                )
12         Plaintiff,           )   **STIPULATION AND ORDER**
                                )   **CONTINUING STATUS HEARING**
13     v.                       )
                                )
14 VICTOR GUSTAVO ROMERO-ABRAJAN,)
                                )
15         Defendants.          )

16

17      The undersigned was just appointed as defense counsel.  This

18 matter is currently on the court's calendar for status on June 6,

19 2008.  New counsel needs add additional time in which to meet with

20 the client and an interpreter to discuss outstanding issues.

21 Accordingly, IT IS HEREBY STIPULATED between the parties, by and

22 through their respective counsel, that the status hearing currently

23 ///

24 ///

25 ///

26 ///

27

28
   Stipulation and Proposed Order
   United States v. Romero-Abrajan
   CR 07-00707 DLJ

1 | scheduled for June 6, 2008 at 9:00 a.m. may be continued to June
2 | 20, 2008 at 9:00 a.m.
3 |     **SO STIPULATED.**

DATED: May 29, 2008          /S/Doug Sprague
                                  DANIEL KALEBA
                                  Assistant U.S. Attorney

DATED: May 29, 2008          /S/Erik Babcock
                                  ERIK G. BABCOCK
                                  Counsel for Defendant

**IT IS SO ORDERED.**

DATED: June 3, 2008

                                  HONORABLE D. LOWELL JENSEN
                                  United States District Judge

Stipulation and Proposed Order
United States v. Romero-Abrajan
CR 07-00707 DLJ                                                                      - 2 -