| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO (CASBN 44332)<br>United States Attorney |
| 2 | |
| 3 | BRIAN J. STRETCH (CASBN 163973)<br>Chief, Criminal Division |
| 4 | CHRISTINE Y. WONG (NYSBN 3988607)<br>Assistant United States Attorney |
| 5 | |
| 6 | 1301 Clay Street, Suite 340-S<br>Oakland, California 94612<br>Phone: 510/637-3717 |
| 7 | Fax: 510/637-3724<br>E-mail:christine.wong@usdoj.gov |
| 8 | |
| 9 | Attorneys for Plaintiff |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 07-00707 DLJ |
| Plaintiff, | ) | |
| v. | ) | NOTICE OF NOT OF RECORD<br>COUNSEL FOR THE GOVERNMENT |
| VICTOR GUSTAVO ROMERO-<br>ABRAJAN, | ) | |
| Defendant. | ) | |

Please take notice that Daniel Kaleba is not the counsel of record for the government and should be removed from the case. As of June 5, 2008, the Assistant United States Attorney whose name, address, telephone number and e-mail address listed below is assigned to be counsel for the government.

CHRISTINE Y. WONG
Assistant United States Attorney
1301 Clay Street; Suite 340S
Oakland, California 94612
Phone: 510/637-3717
Fax: 510/637-3724
E-mail: christine.wong@usdoj.gov

The Clerk is requested to change the docket sheet and other court records so as to

NOTICE OF NOT OF RECORD COUNSEL FOR THE GOVERNMENT

1  reflect that all orders and communications from the court will in the future be directed to
2  AUSA Christine Y. Wong at the above mailing address, telephone number, facsimile
3  number and e-mail address.

DATED: June 5, 2008				Respectfully submitted,

						JOSEPH P. RUSSONIELLO
						United States Attorney


						_____/s/_____
						CHRISTINE Y. WONG
						Assistant United States Attorney

NOTICE OF NOT OF RECORD COUNSEL FOR THE GOVERNMENT