UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
Criminal Pretrial Minute Order
JUDGE D. LOWELL JENSEN
Date:  6/20/08

**Clerk:** Frances Stone
**Court Reporter:** DIANE SKILLMAN

**Plaintiff:**  United States

**v.**                                                                                   **No.** CR-07-00707-DLJ

**Defendant:** Victor Gustavo Romero-Abrajan [present; in custody; spanish interpreter]

**Appearances for AUSA:** Christine Wong

**Appearances for Defendant:** Erik Babcock

**Interpreter:** Haydee Claus- spanish interpreter

**Probation Officer:**

| Reason for Hearing: | Ruling: |
|---|---|
| STATUS | -HELD |

**Notes:**

**Case Continued to  8/15/08 AT 11:00AM   for  Def motion to withdraw Plea**

**Motions to be filed by:** Def file 7/18     **Gov Response/Opposition Due:** 8/1   **Reply:** 8/8

**Case Continued to**                       for Pretrial Conference

**Case Continued to**          for              Trial

**Excludable Delay: Category: Begins:**  6/20/08         **Ends:** 8/15/08