1  ERIK G. BABCOCK, ESQ. (SBN: 172517)
   1212 Broadway, Suite 726
2  Oakland, CA 94612-1828
   (510) 452-8400 Tel.
3  (510) 452-8405 Fax

4  Attorney for Defendant
   VICTOR GUSTAVO ROMERO-ABRAJAN
5

6

7
                IN THE UNITED STATES DISTRICT COURT
8
            NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION
9

10
   UNITED STATES OF AMERICA,     )   No. CR 07-00707 DLJ
11                               )
            Plaintiff,           )   **STIPULATION AND PROPOSED ORDER**
12                               )   **CONTINUING HEARING**
        v.                       )
13                               )
   VICTOR GUSTAVO ROMERO-ABRAJAN,)
14                               )
            Defendants.          )
15 _____)

16
        This matter is currently scheduled for August 15, 2008.
17
   Defendant Romero originally indicated that wanted to withdraw his
18
   plea. On further reflection, defendant has decided not to file a
19
   motion to withdraw his plea. Accordingly, this matter can proceed
20
   to sentencing. Defense counsel is not available for a hearing on
21
   August 15, 2008, and also needs additional time to prepare for
22
   sentencing, accordingly, the parties, by and through their
23
   respective counsel, with the concurrence of Probation, hereby
24
   ///
25
   ///
26
   stipulate that the sentencing hearing in this matter may be
27
28 Stipulation and Proposed Order
   United States v. Romero-Abrajan
   CR 07-00707 DLJ

1  continued to September 5, 2008, at 10:00 a.m.

2

3   **SO STIPULATED.**

4

5
DATED: August 11, 2008          /S/Christine Wong
6                                CHRISTINE WONG
                                 Assistant U.S. Attorney
7

8  DATED: August 11, 2008          /S/Erik Babcock
                                 ERIK G. BABCOCK
9                                Counsel for Defendant

10

11

12   **SO ORDERED.**

13
DATED:
14                                HONORABLE D. LOWELL JENSEN
                                 United States District Judge
15

16

17

18

19

20

21

22

23

24

25

26

27

28
Stipulation and Proposed Order
United States v. Romero-Abrajan
CR 07-00707 DLJ                                                - 2 -