1  ERIK G. BABCOCK, ESQ. (SBN: 172517)
   1212 Broadway, Suite 726
2  Oakland, CA 94612-1828
   (510) 452-8400 Tel.
3  (510) 452-8405 Fax
4
   Attorney for Defendant
5  VICTOR GUSTAVO ROMERO-ABRAJAN

6

7
                IN THE UNITED STATES DISTRICT COURT
8
          NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION
9

10

11 UNITED STATES OF AMERICA,       )  No. CR 07-00707 DLJ
                                   )
12         Plaintiff,               )  **STIPULATION AND ORDER**
                                   )  **CONTINUING HEARING**
13    v.                            )
                                   )
14 VICTOR GUSTAVO ROMERO-ABRAJAN,)
                                   )
15         Defendants.              )

16

17      This matter is currently scheduled for August 15, 2008.

18 Defendant Romero originally indicated that wanted to withdraw his

19 plea. On further reflection, defendant has decided not to file a

20 motion to withdraw his plea. Accordingly, this matter can proceed

21 to sentencing. Defense counsel is not available for a hearing on

22 August 15, 2008, and also needs additional time to prepare for

23 sentencing, accordingly, the parties, by and through their

24 respective counsel, with the concurrence of Probation, hereby

25 ///

26 ///

27

28
   Stipulation and Proposed Order
   United States v. Romero-Abrajan
   CR 07-00707 DLJ

1 | stipulate that the sentencing hearing in this matter may be
2 | continued to September 5, 2008, at 10:00 a.m.

**SO STIPULATED.**

DATED: August 11, 2008         /S/Christine Wong
                               CHRISTINE WONG
                               Assistant U.S. Attorney

DATED: August 11, 2008         /S/Erik Babcock
                               ERIK G. BABCOCK
                               Counsel for Defendant

**SO ORDERED.**

DATED: August 12, 2008         _____
                               HONORABLE D. LOWELL JENSEN
                               United States District Judge