1  ERIK G. BABCOCK, ESQ. (SBN: 172517)
   1212 Broadway, Suite 726
2  Oakland, CA 94612-1828
   (510) 452-8400 Tel.
3  (510) 452-8405 Fax

4  Attorney for Defendant
   VICTOR GUSTAVO ROMERO-ABRAJAN
5

6

7
                  IN THE UNITED STATES DISTRICT COURT
8
         NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION
9

10
   UNITED STATES OF AMERICA,      )  No. CR 07-00707 DLJ
11                                )
              Plaintiff,          )  **STIPULATION AND PROPOSED ORDER**
12                                )  **CONTINUING SENTENCING**
         v.                       )
13                                )
   VICTOR GUSTAVO ROMERO-ABRAJAN, )
14                                )
              Defendants.         )
15

16
        This matter is currently scheduled for sentencing on September
17
   5, 2008.  Defendant has requested that his counsel look into
18
   additional potential issues, and requested additional time in which
19
   to provide counsel with information.  Accordingly, the parties, by
20
   and through their respective counsel, hereby stipulate that the
21
   sentencing hearing in this matter may be continued to September 26,
22
   2008, at 10:00 a.m.
23
        **SO STIPULATED.**
24

25 DATED: September 3, 2008        /S/Christine Wong
                                   CHRISTINE WONG
26                                 Assistant U.S. Attorney

27

28
   Stipulation and Proposed Order
   United States v. Romero-Abrajan
   CR 07-00707 DLJ

1  DATED: September 3, 2008                /S/Erik Babcock
                                           ERIK G. BABCOCK
2                                          Counsel for Defendant

3

4

5      **SO ORDERED.**

6  DATED:
7                                          HONORABLE D. LOWELL JENSEN
                                           United States District Judge
8

Stipulation and Proposed Order
United States v. Romero-Abrajan
CR 07-00707 DLJ                                                  - 2 -