**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**Criminal Pretrial Minute Order**
**JUDGE D. LOWELL JENSEN**
**Date: September 5, 2008**

**Clerk: Frances Stone**
**Court Reporter: RAYNEE MERCADO**

**Plaintiff:** United States

**v.** **No.** CR-07-00707-DLJ

**Defendant:** Victor Gustavo Romero-Abrajan [present; in custody; spanish interpreter]

**Appearances for AUSA:** James Mann (for Christine Wong)

**Appearances for Defendant:** Erik Babcock

**Interpreter:** Haydee Claus - Spanish Interpreter

**Probation Officer:** Connie Cook (for Jessica Goldsberry)

**Reason for Hearing:** **Ruling:**
**SENTENCING** **-DEFERRED TO 9/26 AT 10:00AM**

**Notes:**

**Case Continued to 9/26/08 AT 10:00AM for SENTENCING**

**Case Continued to: for**
**Case Continued to: for**
**Motions to be filed by: Opposition Due:**

**Case Continued to for Pretrial Conference**

**Case Continued to for Trial**

**Excludable Delay: Category: Begins: Ends:**
CC: Jessica Goldsberry/Probation -Oakland